UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COREY JOMECHEE GRAY,

    Defendant.

Case: 4:21-cr-20530
Judge: Leitman, Matthew F.
MJ: Ivy, Curtis
Filed: 08-17-2021 At 04:11 PM
INFO USA v GRAY (sk)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(o); Possession of a Machinegun

On or about May 18, 2021, in Flint, Michigan, in the Eastern District of Michigan, COREY JOMECHEE GRAY, knowing possessed a machinegun, that is: a Glock, Model 17, 9 millimeter pistol with a glock switch attached to the rear slide of the pistol, in violation of 18 U.S.C. § 922(o).

## FORFEITURE ALLEGATION
18 U.S.C. §924(d); 28 U.S.C. §2461

The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461. Upon conviction of the offense charged in Count One of this Information, COREY JOMECHEE GRAY shall forfeit to the United States, any firearm and ammunition involved in or used in any knowing violation of 18 U.S.C. § 922 including but not limited to, a Glock, Model 17, 9 millimeter pistol, serial number BSHC937, high-capacity magazine, and 33 rounds of 9 millimeter ammunition.

Dated:  August 17, 2021

SAIMA S. MOHSIN
Acting United States Attorney

_____
NANCY A. ABRAHAM
Assistant United States Attorney
2nd Floor Federal Building
600 Church Street
Flint, MI  48502
(810) 766-5177

ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    X No | AUSA's Initials:  NAA |

**Case Title:**    USA v. COREY JOMECHEE GRAY

**County where offense occurred:**   Genesee

**Check One:**   X **Felony**    ☐ **Misdemeanor**    ☐ **Petty**

```
_____Indictment/_____Information ---  no prior complaint.
_____Indictment/__x____Information ---  based upon prior complaint [Case number: 21-mj-30236]
_____Indictment/_____Information ---  based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: August 17, 2021

s/NANCY A. ABRAHAM.
Nancy A. Abraham.
Assistant United States Attorney
600 Church Street, Flint, MI 48502
Phone:   810-766-5034
E-Mail address: nance.abraham@usdoj.gov
Attorney Bar #:   P-42060

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.