UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,                                                                 Criminal No. 21-cr-20530
                                                                                        Hon. Matthew F. Leitman
v.

COREY JOMECHEE GRAY,

    Defendant.
_____/

## ORDER OF DISMISSAL

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the Information against COREY JOMECHEE GRAY. Accordingly, IT IS HEREBY ORDERED that the Information against COREY JOMECHEE GRAY be dismissed, and that Defendant's appearance bond, if any, be canceled.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  February 9, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 9, 2022, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126